**This order is SIGNED.**

Dated: September 13, 2019

**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**



*tkm*

David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT  84790
Tel. (435) 673-0790
Fax (435) 652-8269

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 18-28921 WTT |
|---|---|
| ALAN CURTIS MARTIN, | Chapter 7 |
| Debtor. | Hon. William T. Thurman |

**ORDER APPROVING APPLICATIONS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES AND TRUSTEE'S PROCEDURES**

David C. West, Trustee in the above-entitled case ("Trustee"), filed the Trustee's Final Report (TFR) and Trustee's Application for Compensation and Reimbursement of Expenses (together referred to as the "Final Report") which has been reviewed by the United States Trustee. Notice of Trustee's Final Report and Applications For Compensation and Deadline to Object (NFR) has been sent to all creditors and parties in interest and the Court has considered the Trustee's Final Report.  The Court finds that the Trustee has complied with all noticing and hearing requirements necessary to proceed with his final disbursement.  Therefore,

IT IS HEREBY ORDERED:

1. The Trustee's Application for Compensation and Reimbursement of Expenses is allowed as prayed in the amount of $991.25 for compensation and $44.48 for expenses;

2. The Trustee's final distribution is approved;

3. The Trustee is authorized to abandon/destroy records of the estate; and

4. The Trustee is authorized to abandon all property of the estate that has not been administered.

_____End of Document_____

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER APPROVING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND TRUSTEE'S PROCEDURES** shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users.

 Duane H. Gillman dhgnotice@djplaw.com
 Jeremy C. Sink jsink@mbt-law.com
 United States Trustee USTPRegion19.SK.ECF@usdoj.gov
 David C. West tr davewest@infowest.com, ut14@ecfcbis.com

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ P. 5(b).

 None

 /s/
 David C. West